**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KAY LYNN GILBERT**                                                              **PLAINTIFF**

**v.**                                    **Case No. 4:19-cv-880-KGB-BD**

**ANDREW SAUL, Commissioner**
**Social Security Administration**                                         **DEFENDANT**

<u>**ORDER**</u>

The Court has reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere.  No objections have been filed, and the time to file objections has passed.  After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

It is therefore ordered that this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

It is so ordered this 1st day of February, 2021.

_____
Kristine G. Baker
United States District Judge